UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHARINA JONES,

       Plaintiff,                      CIVIL ACTION NO.  12-12301

v.                                      HONORABLE GERALD E. ROSEN

LABEAU, INC.,
       Defendant,

_____/

### ORDER OF DISMISSAL WITH PREJUDICE

On December 12, 2012 the parties filed a Stipulation for Dismissal With Prejudice (Doc. 14).  Therefore,

IT IS ORDERED that case is DISMISSED WITH PREJUDICE and without an award of fees and/or costs to any party.

SO ORDERED.


Dated:  December 13, 2012         s/Gerald E. Rosen
                                              GERALD E. ROSEN
                                              UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, December 13, 2012, by electronic and/or ordinary mail.

                                                              s/Julie Owens
                                                           Case Manager, (313) 234-5137